No. 97–7830. MINNIECHESKE v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 97–7832. JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7834. NORMAN T. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7838. PHILLIPS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7839. STORY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7845. PORTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7848. HEATON v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–7851. GRAY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–7854. HOGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7858. CRAIG v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7860. WEAVER v. SCHOOL BOARD OF LEON COUNTY, FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7870. HURST v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 97–7871. DALY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–7879. WESTMORELAND v. UNITED STATES. C. A. 7th Cir. Certiorari denied.